IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

v.

ELKS BPOE, JERSEYVILLE, ILLINOIS
LODGE NO. 954,

Defendant.                                                    No. 09-200-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Plaintiff-Intervenors' Motion to Intervene (Doc. 14). On its face, the instant matter seems appropriate for intervention pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 24(a)(1)**, which grants intervention as of right when the Plaintiff-Intervenor "is given an unconditional right to intervene by a federal statute."

The Plaintiff-Intervenors are Vicki L. Vickers, Elizabeth Stemm and Jackie Davidson. Plaintiff-Intervenors allege that the basis of the Equal Employment Opportunity Commission's complaint against Defendant Elks BPOE, Jerseyville, Illinois Lodge No. 954 stem from actions Defendant took against Plaintiff-Intervenors while they were employed by Defendant. Plaintiff-Intervenors claim that they may intervene as a matter of right pursuant to **FED. R. CIV. PRO. 24(a)(1)** with respect to their claims under **Section 706(f)(1) of Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e-5(f)(1)**. Furthermore, to date, none of the other

parties have responded and the time to respond has expired. Pursuant to **LOCAL RULE 7.1(g),** the Court considered this failure an admission of the merits of the motion.[1] Accordingly, the Court **GRANTS** Plaintiff-Intervenors' motion to intervene (Doc. 14). Further, the Court **ORDERS** Plaintiff-Intervenors' to electronically file their Complaint by **August 19, 2009.**

**IT IS SO ORDERED.**

Signed this 6th day of August, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.