IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

and

VICKI L. VICKERS, ELIZABETH STEMM,
and JACKIE DAVIDSON,

Plaintiff-Intervenors.

v.

ELKS BPOE, JERSEYVILLE, ILLINOIS
LODGE NO. 954,

Defendant.                                                      No. 09-200-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Stipulation and Order of Dismissal (Doc. 43) filed by Plaintiff-Intervenors Vicki L. Vickers, Elizabeth Stemm, and Jackie Davidson, and Defendant Elks BPOE, Jerseyville, Illinois Lodge No. 954.  Specifically, the parties stipulate that the case be dismissed with prejudice without costs and attorneys fees as the parties have fully settled the issues between them in a private and confidential settlement agreement.  Accordingly, the Court **ACKNOWLEDGES** the Stipulation and Order of Dismissal (Doc. 43) and **DISMISSES with prejudice** without costs and

attorneys fees to any party the cause of action by Plaintiffs against Defendant. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 12th day of July, 2010.

/s/   David R Herndon

**Chief Judge
United States District Court**