IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

**Plaintiff,**

**and**

**VICKI L. VICKERS, ELIZABETH STEMM, and JACKIE DAVIDSON,**

**Plaintiff-Intervenors,**

**v.**

**ELKS BPOE, JERSEYVILLE, ILLINOIS, LODGE NO. 954,**

**Defendant.**                                                    No. 09-200-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. After filing its Order Dismissing Case (Doc. 45), the Court was informed by the parties that the Stipulation of Dismissal (Doc. 43) was only to apply to Plaintiff-Intervenors claims against Defendant and that Defendant and Plaintiff Equal Employment Opportunity Commission (EEOC) would be filing a separate consent agreement at a later date. Accordingly, the Court **VACATES** the Order Dismissing Case (Doc. 45).

A corrected Order with the proper stipulation will be filed at a later time.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2010.

/s/  David R Herndon

**Chief Judge
United States District Court**