IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

and

VICKI VICKERS, ELIZABETH STEMM,
and JACKIE DAVIDSON,

Plaintiff-Intervenors,

v.

ELKS BPOE, JERSEYVILLE, ILLINOIS,
LODGE NO. 954,

Defendant.                                                              No. 09-200-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Stipulation and Order of Dismissal (Doc. 43) filed by Plaintiff-Intervenors Vicki L. Vickers, Elizabeth Stemm, and Jackie Davidson, and Defendant Elks BPOE, Jerseyville, Illinois Lodge No. 954. Specifically, the parties stipulate that the claims of Plaintiff-Intervenors Vicki Vickers, Elizabeth Stemm, and Jackie Davidson against Defendant Elks BPOE, Jerseyville Lodge No. 954 are dismissed, with prejudice without costs and attorneys fees, as Plaintiff-Intervenors and Defendant have fully settled the issues between them in a private and confidential settlement agreement. Accordingly, the Court **ACKNOWLEDGES** the Stipulation and Order of Dismissal (Doc. 43) and **DISMISSES with prejudice** the

claims of Plaintiff-Intervenors against Defendant. The claims of Plaintiff EEOC against Defendant Elks BPOE have not been dismissed, but have been resolved through a Proposed Consent Decree. Said Decree shall be filed by Plaintiff EEOC within ten (10) days of this Order.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**