IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

and

VICKI VICKERS, ELIZABETH STEMM,
and JACKIE DAVIDSON,

Plaintiff-Intervenors,

v.

ELKS BPOE, JERSEYVILLE, ILLINOIS,
LODGE NO. 954,

Defendant.                                              No. 09-CV-200-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated July 13, 2010, Plaintiff-Intervenors , **VICKI VICKERS, ELIZABETH STEMM and JACKIE DAVIDSON'S** claims against Defendant, **ELKS BPOE, JERSEYVILLE, ILLINOIS, LODGE NO. 954** are **DISMISSED** with prejudice.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the terms set forth in the Consent Decree entered by this Court on July 15, 2010, between the **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and ELKS BPOE, JERSEYVILLE, ILLINOIS, LODGE NO. 954,** this case is **DISMISSED.** This Court retains jurisdiction of this cause solely for the purpose of enforcing the terms of that Decree.  Each party shall bear their own costs and attorneys' fees.--------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: July 19, 2010


APPROVED:  /s/ *David R Herndon*
           CHIEF JUDGE
           U. S. DISTRICT COURT